```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 03559
    GREGORY D WARCHOLEK
    NANCY K WARCHOLEK                        CHAPTER 13

                                             JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1867    SSN XXX-XX-6745
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

1. The case was filed on 04/04/06 and confirmed on 06/28/06.

2. The case was dismissed after confirmation, 09/26/2008.

3. The Debtor paid a total of $ 15660.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 1907.62 | .00 | 1907.62 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 590.00 | .00 | 72.13 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 16811.80 | 1697.64 | 9616.40 |
| AAA COLLECTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 170.83 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | 327.00 | .00 | .00 |
| CORPORATE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITRUST | UNSECURED | NOT FILED | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 2842.47 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 247.00 | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 3307.90 | .00 | .00 |
| MAX RECOVERY INC II | UNSECURED | 6789.66 | .00 | .00 |
| HEALTH SERVICES SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| MAX FLOW CORP | UNSECURED | 340.01 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HRS USA | UNSECURED | NOT FILED | .00 | .00 |
| J&J COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| STERLING INC | UNSECURED | 1650.22 | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JE BERTOLIN MD | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 403.04 | .00 | .00 |

```
MEDCLR INC                  UNSECURED      NOT FILED         .00         .00
MAX FLOW CORP               UNSECURED         525.01         .00         .00
NATIONAL CITY BANK          UNSECURED      NOT FILED         .00         .00
PROVENA ST JOSEPH MEDICA    UNSECURED      NOT FILED         .00         .00
MAX FLOW CORP               UNSECURED         433.69         .00         .00
REGINA PAOLUCCI DDS         UNSECURED      NOT FILED         .00         .00
ROBERT J ENGLE DDS          UNSECURED      NOT FILED         .00         .00
T MOBILE                    UNSECURED      NOT FILED         .00         .00
TEAM EXTERIORS              FILED LATE           .00         .00         .00
RETAILERS NATL BANK         UNSECURED      NOT FILED         .00         .00
WORLD FINANCIAL NETWORK     UNSECURED         521.24         .00         .00
WINDOWS & SIDING UNLIMIT    UNSECURED      NOT FILED         .00         .00
MARSHALL FIELD              UNSECURED        2811.43         .00         .00
MAX RECOVERY INC II         UNSECURED        3897.59         .00         .00
ROUNDUP FUNDING LLC         UNSECURED        6046.80         .00         .00
ROUNDUP FUNDING LLC         UNSECURED        1713.17         .00         .00
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  19309.42         .00     32027.06         .00     51336.48
PRINCIPAL PAID      11596.15         .00          .00         .00     11596.15
INTEREST PAID        1697.64         .00          .00         .00      1697.64
TOTAL PAID          13293.79         .00          .00         .00     13293.79
```

The Debtor's attorney, JOHN C RENZI                        , was allowed $   3265.00
and was paid $    750.00   direct and $   1750.00   through the plan.

The Trustee received $    616.21 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/16/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 06 B 03559 GREGORY D WARCHOLEK & NANCY K WARCHOLEK